UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY TOTTEN,**<br><br>      Plaintiff,<br><br>      v.<br><br>**GALE A. NORTON, SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR,**<br><br>      Defendant. | Civil Action No. 04-2058 (JDB) |

**ORDER**

Upon consideration of [7] defendant's motion to dismiss, and for the reasons stated in the accompanying memorandum opinion, it is this 21st day of March, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's claims are **DISMISSED**.

                    /s/ John D. Bates
                    JOHN D. BATES
                    United States District Judge

Copies to:

Donna Williams Rucker
DUBOFF & ASSOCIATES
8401 Colesville Road, Suite 501
Silver Spring, MD 20910
Email: ruck92@aol.com

  *Counsel for plaintiff*

Pamela D. Huff
Charlotte A. Abel
OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC  20530
Email: pamela.huff@usdoj.gov
Email: charlotte.abel@usdoj.gov

    *Counsel for defendant*